UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



**LAYMON LEWIS THOMAS, III**
    **Plaintiffs,**

v.

**ROWE ROSEN & FITZHUGH, PC ET AL**
    **Defendants.**

Case #: 3:17-CV-299-REP

## ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the plaintiff, Laymon Lewis Thomas, III and Rowe, Rosen & Fitzhugh, PC and Jennifer E.S. Rosen, this matter is DISMISSED WITH PREJUDICE as to Rowe Rosen Fitzhugh, PC and Jennifer E.S. Rosen. Each party shall bear their own fees, costs and expenses. The court retains jurisdiction to enforce the terms of the settlement agreement between the parties. This order does not affect the status as to Virginia Family Dentistry, P.C.

/s/ REP
Judge, US District Court
Robert E. Payne

Date entered: May 25, 2017

| | |
|---|---|
| LAYMON LEWIS THOMAS, III | Rowe Rosen & Fitzhugh, PC |
| | Jennifer E.S. Rosen |
| Counsel for the Plaintiffs | Andrew Biondi, Esq. |
| Jason M. Krumbein, Esq. VSB#43538 | Sands Anderson |
| Krumbein Consumer Legal Services | 801 E. Main St. |
| 1650 Willow Lawn Drive, Suite 201 | P.O. Box 1998 |
| Richmond, VA 23230 | Richmond, VA 23218-1998 |
| 804-592-0792 | (804)783-7265 |
| 804-234-1159 (fax) | (804)783-7291 - fax |
| JKrumbein@KrumbeinLaw.com (email) | abiondi@sandsanderson.com |

Jason M. Krumbein, Esquire VSB# 43538
Krumbein Consumer Legal Services, Inc
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792 office
JKrumbein@KrumbeinLaw.com email